**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**BOBBIE TATUM**                                                    **PLAINTIFF**

**V.**                      **NO: 3:18CV230-M-V**

**NANCY A. BERRYHILL, Acting**                           **DEFENDANT**
**Commissioner of Social Security**

### ORDER

On December 16, 2020, Magistrate Judge Jane Virden entered a Report and Recommendations [29] ("R&R") which recommended that (1) plaintiff's petition for an award of attorney's fees be granted and payment to counsel for Plaintiff from Plaintiff's past-due benefits in the amount of $17,740.50 be approved, and (2) that counsel for Plaintiff be direct to refund Plaintiff the prior EAJA award of $3,027.01.

After reviewing the record, the R&R, and finding no objections, the Court is of the opinion that the R&R should be approved and adopted as the opinion of the Court.

It is, therefore, **ORDERED:**

1. Plaintiff's petition for an award of attorney's fees be granted and payment to counsel for Plaintiff from Plaintiff's past-due benefits in the amount of $17,740.50 be approved, and

2. That counsel for Plaintiff be direct to refund Plaintiff the prior EAJA award of $3,027.01.

**IT IS SO ORDERED AND ADJUGED** this 11th day of January 2021.

                                              /s/ Michael P. Mills
                                              **UNITED STATES DISTRICT JUDGE**
                                              **NORTHERN DISTRICT OF MISSISSIPPI**